[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

Candace Middleton ⎫
⎫
_____ ⎫
⎫
Plaintiff(s), ⎫ Case Number: _____1:26-cv-3452_____
⎫
v. ⎫
Elite Ambulance ⎫
⎫
_____ ⎫
⎫
Defendant(s). ⎫

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is_____Candace Middleton_____of the

county of_____Cook_____in the state of_____Illinois_____.

3. The defendant is_____Elite Ambulance_____, whose

street address is_____11551 184th Place_____,

(city)_Orland Park____(county)_Cook_____(state)_Illinois_____(ZIP)_60448_

(Defendant's telephone number) (____) – _____

4. The plaintiff sought employment or was employed by the defendant at (street address)

_____11551 184th Place_____(city)__Orland Park_____

(county)__Cook____(state)_Illinois___(ZIP code)__60048____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

5.     The plaintiff [*check one box*]

    (a)  ☐   was denied employment by the defendant.

    (b)  ☐   was hired and is still employed by the defendant.

    (c)  ☐✷✷was employed but is no longer employed by the defendant.

6.     The defendant discriminated against the plaintiff on or about, or beginning on or about, (month)_____, (day)_____, (year)_____.

7.1    (*Choose paragraph 7.1 or 7.2, do not complete both.*)

    (a)   The defendant is not a federal governmental agency, and the plaintiff

        [*check one box*] ☒*has* ☐*has not* filed a charge or charges against the defendant

        asserting the acts of discrimination indicated in this complaint with any of the

        following government agencies:

        (i)  ☒ the United States Equal Employment Opportunity Commission, on or about

             (month)____August____ (day)___17___ (year)__2025___.

        (ii)  ☐ the Illinois Department of Human Rights, on or about

             (month)_____ (day)_____ (year)_____.

    (b)   If charges *were* filed with an agency indicated above, a copy of the charge is attached.

        ☒ Yes, ☐ No, **but plaintiff will file a copy of the charge within 14 days**.

    It is the policy of both the Equal Employment Opportunity Commission and the Illinois

    Department of Human Rights to cross-file with the other agency all charges received. The

    plaintiff has no reason to believe that this policy was not followed in this case.

7.2    The defendant is a federal governmental agency, and

    (a)   the plaintiff previously filed a Complaint of Employment Discrimination with the

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____

(day)_____ (year)_____.

(c)    Attached is a copy of the

(i) Complaint of Employment Discrimination,

☐ Yes    ☐ No, but a copy will be filed within 14 days.

(ii) Final Agency Decision

☐ Yes    ☐ N0, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

(a) ☐    the United States Equal Employment Opportunity Commission has not

issued a *Notice of Right to Sue.*

(b)☒ the United States Equal Employment Opportunity Commission has issued

a *Notice of Right to Sue*, which was received by the plaintiff on

(month)__January__ (day)__14__ (year)__2026__ a copy of which

*Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's [*check only*

*those that apply*]:

(a)  ☐  Age (Age Discrimination Employment Act).

(b)  ☐  Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

(c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) **XX☒** Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]
(a) ☐ failed to hire the plaintiff.

(b) **XX☒** terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) **XX☒** retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☐ other (specify): _____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

_____

13.   The facts supporting the plaintiff's claim of discrimination are as follows:

Plaintiff was subjected to discrimination based on race. Plaintiff complained

to the employer but no action was taken. After making complaints of race

discrimination, the terms and conditions of Plaintiff's employment changed

and Plaintiff was ultimately terminated for engaging in protected activity.

_____

14.   [*AGE DISCRIMINATION ONLY*] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15.   The plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No

16.   THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

(a)   ☐  Direct the defendant to hire the plaintiff.

(b)   ☐  Direct the defendant to re-employ the plaintiff.

(c)   ☐  Direct the defendant to promote the plaintiff.

(d)   ☐  Direct the defendant to reasonably accommodate the plaintiff's religion.

(e)   ☐  Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f)   ☐  Direct the defendant to (specify): _____

_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____

_____

_____

(g)    XX  If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h)    XX  Grant such other relief as the Court may find appropriate.

*Candace Middleton*
(Plaintiff's signature)

*Candace Middleton*
(Plaintiff's name)

8832 South Throop Street
(Plaintiff's street address)

(City)___Chicago_____(State)___Illinois___(ZIP)__60620__

(Plaintiff's telephone number) ((773)–757-2704_____

Date:   March 29, 2026_____

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Rev. 06/27/2016

6

EEOC No. 440-2025-10942 | FEPA No.

# CHARGE OF DISCRIMINATION

Form 5 (06/24)


**EXHIBIT**
**A**

This form is affected by the Privacy Act of 1974.
See attached Privacy Act Statement and other information before completing this form.

| CHARGE PRESENTED TO: | AGENCY CHARGE NO. |
|---|---|
| EEOC | 440-2025-10942 |

Name *(indicate Mr., Ms., Mrs., Miss, Dr., Hon., Rev.)*: Ms. Candace Middleton

Phone No.:　773-757-2704

Year of Birth:　1980

Mailing Address: 8832 South Throop Street

Chicago, IL 60620

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency that I believe discriminated against me or others.

Name: Elite Ambulance

No. Employees, Members: 15 - 100 Employees

Phone No.: 708-478-8880

Mailing Address: 11551 184th Place

Orland Park, IL 60467, UNITED STATES OF AMERICA

Name:

No. Employees, Members:

Phone No.:

Mailing Address:

DISCRIMINATION BASED ON:

National Origin, Other

DATE(S) DISCRIMINATION TOOK PLACE

Earliest: 08/08/2025

Latest: 08/08/2025

THE PARTICULARS ARE:

I began my employment with Respondent in or around April of 2019. My most recent position was Medicar Dispatcher. During my employment, I was subjected to race-based harassment. I complained to Respondent. Subsequently, I was subjected to scrutiny, discipline and I was discharged. I believe I have been discriminated against because of my and race, in violation of Title VII of the Civil Rights Act of 1964 as amended and for engaging in a protected activity.

EEOC No. 440-2025-10942 | FEPA No.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct, and that I have read each page of this form.

Digitally Signed By: Ms. Candace Middleton

08/17/2025

Charging Party Signature & Date

If a state or local Fair Employment Practices Agency (FEPA) requires notarization, you may need to sign the charge in the presence of a notary. If so, please do so here.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information, and belief.

Notarized Signature of Charging Party

Subscribed and sworn to before me this date:

Signature of Notary _____

Printed Name _____

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Chicago District Office**
230 S Dearborn Street
Chicago, IL 60604
(800) 669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 01/14/2026

**EXHIBIT**
**B**

**To:** Ms. Candace Middleton
8832 South Throop Street
Chicago, IL 60620
Charge No: 440-2025-10942

EEOC Representative and email:   JANA DIAMOND
INVESTIGATOR
JANA.DIAMOND@EEOC.GOV



### DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 440-2025-10942.

On behalf of the Commission,

Digitally Signed By:Amrith Kaur Aakre
01/14/2026
Amrith Kaur Aakre
District Director